JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIKSILVER, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>KYMSTA CORP., a California corporation,<br><br>        Defendant. | Case No.  CV 02-5497 VBF (RCx)<br><br>**JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | |

On March 12, 2008, the jury returned its verdict in accordance with the Court's instructions as follows:

## "SPECIAL VERDICT FORM

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

### SECTION 1:  QUIKSILVER'S CLAIMS UNDER THE ROXY TRADEMARK

**First Claim for Relief**

1. Is ROXY a valid trademark?

   Yes  **X**               No  _____

   *If your answer to Question No. 1 is "Yes" proceed to Question No. 2. If your answer to Question No. 1 is "No" proceed to Question No. 9.*

2. Does Quiksilver own the ROXY trademark?

   Yes  **X**               No  _____

   *If your answer to Question No. 2 is "Yes" proceed to Question No. 3. If your answer to Question No. 2 is "No" proceed to Question No. 9.*

3. Did Kymsta use ROXYWEAR without the consent of Quiksilver in a manner that is likely to cause confusion with Quiksilver's ROXY trademark?

   Yes  **X**               No  _____

   *If your answer to Question No. 3 is "Yes" proceed to Question No. 4. If your answer to Question No. 3 is "No" proceed to Question No. 9.*

4. Did Quiksilver suffer harm as a result of Kymsta's use of ROXYWEAR?

   Yes  _____             No  **X**

*If your answer to Question No. 4 is "Yes" proceed to Question No. 5. If your answer to Question No. 4 is "No" proceed to Question No. 9.*

  5. Did Kymsta adopt the ROXYWEAR mark without actual or constructive knowledge of Quiksilver's prior use of ROXY?

    Yes __X__    No _____

*If your answer to Question No. 5 is "Yes" proceed to Question No. 6. If your answer to Question No. 5 is "No" proceed to Question No. 9.*

  6. Did Kymsta adopt its ROXYWEAR mark before December 28, 1998?

    Yes __X__    No _____

*If your answer to Question No. 6 is "Yes" proceed to Question No. 7. If your answer to Question No. 6 is "No" proceed to Question No. 9.*

  7. Did Kymsta's ROXYWEAR mark have a zone of reputation as of December 28, 1998 where the ROXYWEAR mark enjoyed recognition?

    Yes __X__    No _____

*If your answer to Question No. 7 is "Yes" proceed to Question No. 8. If your answer to Question No. 7 is "No" proceed to Question No. 9.*

  8. Has Kymsta continuously used its ROXYWEAR mark within that zone of reputation after December 28, 1998?

    Yes __X__    No _____

*Proceed to Question No. 9.*

**Second Claim for Relief**

  9. Is ROXY a valid, protectable mark?

    Yes __X__    No _____

*If your answer to Question No. 9 is "Yes" proceed to Question No. 10. If your answer to Question No. 9 is "No" proceed to Question No. 13.*

  10. Does Quiksilver own ROXY as a trademark?

    Yes __X__    No _____

*If your answer to Question No. 10 is "Yes" proceed to Question No. 11. If your answer to Question No. 10 is "No" proceed to Question No. 13.*

    11.   Did Kymsta use the ROXYWEAR mark without the consent of Quiksilver in a manner that is likely to cause confusion among ordinary purchasers as to the source, affiliation, connection or association between Kymsta's goods and Quiksilver or Quiksilver's ROXY products?

    Yes  __X__        No  _____

*If your answer to Question No. 11 is "Yes" proceed to Question No. 13. If your answer to Question No. 11 is "No" proceed to Question No. 13.*

    12.   Was Quiksilver harmed by Kymsta's infringement?

    Yes  _____        No  _____

*Proceed to Question No. 13.*

## SECTION 2: QUIKSILVER'S CLAIMS UNDER THE QUIKSILVER ROXY TRADEMARK

**First Claim for Relief**

    13.   Is QUIKSILVER ROXY a valid trademark?

    Yes  __X__        No  _____

*If your answer to Question No. 13 is "Yes" proceed to Question No. 14. If your answer to Question No. 13 is "No" proceed to Question No. 21.*

    14.   Does Quiksilver own the QUIKSILVER ROXY trademark?

    Yes  __X__        No  _____

*If your answer to Question No. 14 is "Yes" proceed to Question No. 15. If your answer to Question No. 14 is "No" proceed to Question No. 21.*

    15.   Did Kymsta use ROXYWEAR without the consent of Quiksilver in a manner that is likely to cause confusion with Quiksilver's QUIKSILVER ROXY trademark?

    Yes  __X__        No  _____

*If your answer to Question No. 15 is "Yes" proceed to Question No. 16. If your answer to Question No. 15 is "No" proceed to Question No. 21.*

16.  Did Quiksilver suffer harm as a result of Kymsta's use of ROXYWEAR?

    Yes _____    No __X__

*If your answer to Question No. 16 is "Yes" proceed to Question No. 17. If your answer to Question No. 16 is "No" proceed to Question No. 21.*

17.  Did Kymsta adopt the ROXYWEAR mark without actual or constructive knowledge of Quiksilver's prior use of QUIKSILVER ROXY?

    Yes __X__    No _____

*If your answer to Question No. 17 is "Yes" proceed to Question No. 18. If your answer to Question No. 17 is "No" proceed to Question No. 21.*

18.  Did Kymsta adopt its ROXYWEAR mark before April 3, 1996?

    Yes __X__    No _____

*If your answer to Question No. 18 is "Yes" proceed to Question No. 19. If your answer to Question No. 18 is "No" proceed to Question No. 21.*

19.  Did Kymsta's ROXYWEAR mark have a zone of reputation as of April 3, 1996 where the ROXYWEAR mark enjoyed recognition?

    Yes __X__    No _____

*If your answer to Question No. 19 is "Yes" proceed to Question No. 20. If your answer to Question No. 19 is "No" proceed to Question No. 21.*

20.  Has Kymsta continuously used the ROXYWEAR mark within that zone of reputation since April 3, 1996?

    Yes __X__    No _____

*Proceed to Question No. 21.*

**Second Claim for Relief**

21.  Is QUIKSILVER ROXY a valid, protectable mark?

    Yes __X__    No _____

1  *If your answer to Question No. 21 is "Yes" proceed to Question No.*
2  *22. If your answer to Question No. 21 is "No" proceed to Section 3.*
3        22.    Does Quiksilver own QUIKSILVER ROXY as a trademark?
4        Yes __X__           No _____
5  *If your answer to Question No. 22 is "Yes" proceed to Question No.*
6  *23. If your answer to Question No. 22 is "No" proceed to Section 3.*
7        23.    Did Kymsta use the ROXYWEAR mark without the consent of
8  Quiksilver in a manner that is likely to cause confusion among ordinary purchasers
9  as to the source, affiliation, connection or association between Kymsta's goods and
10 Quiksilver or Quiksilver's QUIKSILVER ROXY products?
11       Yes __X__           No _____
12 *If your answer to Question No. 23 is "Yes" proceed to Question No.*
13 *24. If your answer to Question No. 23 is "No" proceed to Section 3.*
14       24.    Was Quiksilver harmed by Kymsta's infringement?
15       Yes _____           No _____
16 *Proceed to Section 3.*
17 **SECTION 3:  KYMSTA'S COUNTERCLAIM**
18 *If you answered "Yes" to Question No. 2 or Question No. 10, please have the*
19 *foreperson sign and date the form and return to the courtroom. Otherwise,*
20 *proceed to Question No. 25.*
21       25.    Is ROXYWEAR a valid, protectable mark?
22       Yes _____           No _____
23 *If your answer to Question No. 25 is "Yes" proceed to Question No.*
24 *26. If your answer to Question No. 25 is "No" have the jury foreperson sign and*
25 *date this form and return to the courtroom.*
26       26.    Does Kymsta own ROXYWEAR as a trademark?
27       Yes _____           No _____
28

*If your answer to Question No. 26 is "Yes" proceed to Question No. 27. If your answer to Question No. 26 is "No" have the jury foreperson sign and date this form and return to the courtroom.*

27.  Did Quiksilver use the ROXY mark without the consent of Kymsta in a manner that is likely to cause confusion among ordinary purchasers as to the source, affiliation, connection or association between Quiksilver's goods and Kymsta or Kymsta's ROXYWEAR products?

Yes _____          No _____

*If your answer to Question No. 27 is "Yes" proceed to Question No. 28. If your answer to Question No. 27 is "No" have the jury foreperson sign and date this form and return to the courtroom.*

28.  Was Kymsta harmed by Quiksilver's infringement?

Yes _____          No _____"

On March 19, 2008, the Court held a bench trial on Kymsta's equitable affirmative defenses and to determine the scope of injunctive relief, if any, to be awarded to Quiksilver. After receiving further evidence and hearing further argument from counsel, the Court found that neither laches nor unclean hands bars Quiksilver from obtaining prospective injunctive relief, and ordered that an injunction issue as described below.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Judgment is entered in Quiksilver's favor and against Kymsta:

   (a)  Subject to Kymsta's third affirmative defense of statutory innocent use pursuant to 15 U.S.C. § 1115(b)(5), on Quiksilver's first claim for relief for trademark infringement based upon both Quiksilver's federally registered QUIKSILVER ROXY (Certificate of Registration No. 2,083,400) and ROXY (Certificate of Registration

No. 2,427,898) trademarks;

    (b)    On Quiksilver's second claim for relief for false designation of origin based upon both Quiksilver's common law QUIKSILVER ROXY and ROXY trademarks;

    (c)    On Kymsta's first, second, fourth, fifth, sixth, seventh, eighth and ninth affirmative defenses; and

    (d)    On Kymsta's Counterclaim for False Designation of Origin;

2.    Quiksilver's federal registered trademarks -- QUIKSILVER ROXY (Certificate of Registration No. 2,083,400) and ROXY (Certificate of Registration No. 2,427,898) -- and Quiksilver's common law trademarks -- QUIKSILVER ROXY and ROXY -- are deemed valid and protectable trademarks;

3.    Quiksilver is deemed the senior user and owner of the QUIKSILVER ROXY and ROXY trademarks;

4.    Quiksilver has the full right to the use and enjoyment of the QUIKSILVER ROXY and ROXY trademarks;

5.    Kymsta's use of its "Roxywear by Roxanne Heptner," "Roxywear by Roxx" and "Roxywear" marks constitutes a false designation of origin, in violation of 15 U.S.C. § 1125(a)(1)(A).

6.    Kymsta and its directors, officers, employees and agents are hereby permanently enjoined and restrained, pursuant to 15 U.S.C. § 1116(a), from:

    (a)    Using, or permitting the use of, the "Roxywear by Roxanne Heptner", "Roxywear by Roxx" or "Roxywear" marks, or any other mark confusingly similar to Quiksilver's QUIKSILVER ROXY and ROXY trademarks, to market, sell, advertise and/or identify any clothing products;

    (b)    Falsely designating the origin of any clothing products by using, or permitting the use of, the "Roxywear by Roxanne Heptner",

"Roxywear by Roxx" or "Roxywear" marks, or any other mark confusingly similar to Quiksilver's QUIKSILVER ROXY and ROXY trademarks.

(c) Provided, however, that Kymsta shall be permitted, for a period of 18 months from the date of this Judgment, to continue to use the "Roxywear by Roxanne Heptner" and "Roxywear by Roxx" marks to market, sell and identify contemporary sportswear products, while it phases out all use of said marks;

7. During the aforesaid 18-month phase out period, Kymsta and its directors, officers, employees and agents are hereby permanently enjoined and restrained from using, or permitting the use of, the "Roxywear by Roxanne Heptner" and "Roxywear by Roxx" marks to market, sell or identify any clothing products other than in the wholesale market for the sale of young women's clothing to retail account buyers. Specifically, to designate the source and origin of the products and to avoid confusion in the marketplace during the 18-month phase out period, *inter alia*:

(a) The term "Roxywear" must be displayed, presented, shown or otherwise used as one word, with all letters in the same font, same type-size, same color and same format;

(b) One of the following identifiers must be conspicuously displayed whenever the term "Roxywear" is displayed, presented, shown or otherwise used: "by Roxanne Heptner," "by Roxx," or "by Kymsta";

(c) The "Roxywear by Roxanne Heptner" and "Roxywear by Roxx" marks shall only be displayed, presented, shown or used on the interior labels affixed to the inside of any article of clothing, and specifically shall not be displayed, presented, shown or used on the outside of any article of clothing, such as imprinting on or

1     incorporating in the design of the fabric the "Roxywear by Roxanne
2     Heptner" or "Roxywear by Roxx" marks as a logo or brand or using
3     the "Roxywear by Roxanne Heptner" or "Roxywear by Roxx" marks
4     on any badging, tags or labels affixed to the outside of any article of
5     clothing;

6     (d)    Clothing bearing the "Roxywear by Roxanne Heptner" or
7     "Roxywear by Roxx" marks shall only be sold through Kymsta's
8     current channels of distribution;

9     (e)    Clothing bearing the "Roxywear by Roxanne Heptner" or
10    "Roxywear by Roxx" marks shall not be advertised or promoted to
11    consumers, except through co-op advertisements placed directly by
12    retailers;

13    8.    Further, Kymsta and its directors, officers, employees and
14 agents are hereby permanently enjoined and restrained from selling or licensing or
15 assigning to any third party any rights in or to the "Roxywear by Roxanne
16 Heptner", "Roxywear by Roxx" or "Roxywear" marks.

19 DATED: April 15, 2008      *Valerie Baker Fairbank*
20                                  Honorable Valerie Baker Fairbank
                                      United States District Court Judge